# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| POLY-AMERICA, L.P.<br><br>Plaintiff,,<br><br>v.<br><br>API INDUSTRIES, INC.,<br><br>Defendant. | Case No. 4:20-cv-00837 |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(2) AND RULE 12(b)(3)

Having carefully considered Defendant API Industries, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) for lack of person jurisdiction and 12(b)(3) for improper venue, this Court GRANTS the motion.

IT IS HEREBY ORDERED THAT Plaintiff's Complaint is dismissed without prejudice pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3).

IT IS SO ORDERED.